UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MALCOLM E. MARSHALL,

Plaintiff

Vs. NO. 3:04-cv-475

CONNECTICUT VALLEY ARMS, INC.,
BLACKPOWDER PRODUCTS, INC.,
AND WAL-MART STORES, INC.,

Defendants

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Come the parties hereto, by and through counsel, and announce to the Court that all matters in controversy herein between them have been compromised and settled. Further, Plaintiff and Plaintiff's counsel represent by their signatures below that they have complied with all of the terms and conditions of T.C.A. § 71-6-117 regarding TennCare, and further confirm that any other lien of any type or kind will be satisfied by Plaintiff from the settlement as is required by law. It is, therefore,

ORDERED, ADJUDGED and DECREED that the Complaint filed herein by Plaintiff, Malcolm Marshall, against the defendants, Connecticut Valley Arms, Inc., Blackpowder Products, Inc., and Wal-Mart Stores, Inc., be, and the same is hereby, dismissed with full prejudice. It is further, ORDERED that each party hereto shall bear its own discretionary costs.

This the 11th day of January, 2005.

s/W. Holt Smith

W. HOLT SMITH, BPR No. 004557,
Attorney for Plaintiff,
209 Tellico Street, North
Madisonville, Tennessee 37354
Phone: (423) 442-4012

s/Robert W. Sauser by per. W. Holt Smith

ROBERT W. SAUSER, BPR No. 006217,
Attorney for Defendants,
633 Chestnut Street
Suite 1800
Chattanooga, Tennessee 37450
Phone: (423) 752-4404